UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUL 21 2026

FILED

KATHRYN M. WALKER,           *
                             *
        Plaintiff,           *
                             *
v.                           *
                             *  Case No:
ARCHIE A. MANN,              *
                             *
        Defendant.           *
                             *

## COMPLAINT

COMES NOW Plaintiff, Kathryn M. Walker, pro se, and states as follows:

## CAUSE OF ACTION

1.    This cause of action arises out of the Defendant making false statements about the Plaintiff's title to property.

## PARTIES

2.    Plaintiff Kathryn M. Walker ("Plaintiff" or "Walker") is the owner of the property at 2454 Castleton Road in Darlington, Harford County, Maryland and domiciles in Columbia County, Georgia.

3.    Defendant Archie A. Mann ("Defendant" or "Mann") is over eighteen (18) years of age, and is and was, at all times relevant hereto,

1

a resident of Bel Air, Harford County, Maryland.

## JURISDICTION AND VENUE

4.     The court has jurisdiction in this matter in accordance with 28 U.S.C. § 1332 based on diversity of citizenship, and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00).

5.     This court has venue in this matter in accordance with 28 U.S.C. § 1391.

## FACTS

6.     On December 10, 2018, a deed was recorded with the Harford County, Maryland, Land Records Office. The deed conveyed to Plaintiff the lands and property known as 2454 Castleton Road, Darlington, Maryland 21034 ("the Property"), a copy of which is attached hereto as Exhibit A.

7.     On or about March 7, 2023, Defendant recorded or caused to be recorded in Harford County, Maryland, Land Records Office an order issued in the records of the Circuit Court for Frederick County, Maryland, a copy of which is attached hereto as Exhibit B (the "Order of Court"), thereby showing that the Circuit Court for Frederick County, Maryland had ordered no more transfers of the Property.

8.     The Order of Court recorded by Defendant is a false statement about Plaintiff's title or ownership interest in the Property, was done with malice and Plaintiff suffered special damages.

2

9.    The Order of Court recorded by Defendant is with intent of clouding, disparaging and slandering the title to Plaintiff's property.

10.    On May 13, 2024, Defendant filed, or caused to be filed, in the Register of Will for Harford County (i) Regular Estate Petition for Administration #61237 and attachments, a copy of which is attached hereto as Exhibit C (the "Petition"), (ii) a Deed dated May 2016, a copy of which is attached hereto as Exhibit C (the "March 2016 Deed"), and (iii) Maryland State Department of Assessments and Taxation Real Property Data Search Exhibit C (the "SDAT Data Search"), showing the record owners of the Property in 2016.

11.    On the Regular Estate Petition for Administration, Schedule A, Defendant listed the value of the Property as $185,000.00, a copy of which is attached hereto as Exhibit C.

12. On the Regular Estate Petition for Administration Defendant listed the decedent's name as Edna Dorsey Branch, a copy of which is attached hereto as Exhibit C. Margaret Edna Branch ("Branch") was the decedent's legal name. Branch moved from Maryland to Texas in June 2019 with Plaintiff, and then relocated to Columbia County, Georgia with Plaintiff in February 2021.

13.    In late December 2024, Branch was picked up from Columbia

3

County, Georgia by an unidentified family member and transported to Defendant's house in Bel Air, Maryland. Branch died at Defendant's house on or about April 5, 2024.

14. The Regular Estate Petition for Administration filed or caused to be filed by Defendant with the Register Wills for Harford County by Defendant is a false statement about Plaintiff's title or ownership interest in the property, was done with malice and Plaintiff suffered special damages.

15. The Order of Court recorded by Defendant is with intent of clouding, disparaging and slandering the title to Plaintiff's property.

16. Plaintiff contends that the alleged slander-publication-played a material and substantial part in inducing others not to deal with Plaintiff causing $6,737.50 in attorney fees, loss of lawn care services totaling $95.00 monthly, a copy which is being attached hereto at Exhibit D.

17. On June 5, 2025, Mann entered onto the Property to have the Harford County Health Department to test the soil, a copy attached as Exhibit E. The Property has no trespassing signs posted on the house and trees, a copy of signs being attached hereto as Exhibit F.

<u>COUNT ONE</u>
(Slander of Title)

18. Plaintiff hereby incorporates by reference paragraphs 1

4

through 16 as though they were fully restated herein.

19.    *First*, Defendant did maliciously, willfully and wrongfully claim title to Plaintiff's property knowing the same not to be his property or anyone else's property other than Plaintiff's property and then and there recorded or caused to be recorded the Circuit Court for Frederick County, Maryland Order of Court with the Harford County Lands Records Office with intent of clouding, disparaging and slandering the title to Plaintiff's property.

20.    The alleged slander-Circuit Court for Frederick County, Maryland Order of Court-played a material and substantial part in inducing others not to deal with Plaintiff.

21.    As a result of Defendant recording or causing to be recorded the Circuit Court for Frederick County, Maryland Order of Court, Plaintiff suffered special damages. Namely, Plaintiff incurred $7,237.50 in attorney fees, loss of lawn care totaling $95.00 monthly, a copy which is being attached hereto at Exhibit D.

22.    *Second*, Defendant did maliciously, willfully and wrongfully claim title to Plaintiff's property knowing the same not to be his property or anyone else's property other than Plaintiff's property and then and there filed or caused to be filed the Regular Estate Petition for Administration

and attachments in the Office of Register Wills for Harford County with intent of clouding, disparaging and slandering the title to Plaintiff's property.

23. The alleged slander-the Regular Estate Petition for Administration and attachments-played a material and substantial part in inducing others not to deal with Plaintiff to include loss of lawn care contract.

24. As a result of Defendant filing or causing to be filed his Regular Estate Petition for Administration and attachments, Plaintiff suffered special damages. Namely, Plaintiff incurred $7,237.50 in attorney fees, loss of lawn care totaling $95.00 monthly, a copy which is being attached hereto at Exhibit D.

25. Finally, Defendant did maliciously, willfully and wrongfully claim title to Plaintiff's property knowing the same not to be his property or anyone else's property other than Plaintiff's property and then and there filed or caused to be filed the Regular Estate Petition for Administration and attachments with the Register of Wills for Harford County by listing Plaintiff's property on Schedule A of the Regular Estate Petition for Administration with intent of clouding, disparaging and slandering the title to Plaintiff's property.

6

26.   The alleged slander- Regular Estate Petition for Administration and attachments-played a material and substantial part in inducing others not to deal with Plaintiff.

27.   As a result of Defendant filing or causing to be filed his Regular Estate Petition for Administration and attachments, Plaintiff suffered special damages. Namely, Plaintiff incurred $7,237.50 in attorney fees, loss of lawn care totaling $95.00 monthly, a copy which is being attached hereto at Exhibit D.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory and punitive damages in such amounts as is determined by the Court, plus Plaintiff's legal fees and the costs of this proceeding.

## COUNT TWO
(Trespass On Posted Property)

28.   Plaintiff hereby incorporates by reference paragraphs 1 through 27 as though they were fully restated herein.

29.   Defendant, without right or permission, to be on the Property entered on the Property while no trespassing signs were conspicuously posted on all sides of the Property.

30.   Defendant caused damaged to the Property's grass due to the unauthorized drilling of hole 25-1, 25-2, and 25-3, a copy attached

7

hereto as Exhibit E.

31.    Defendant is therefore liable for damages to the Property's grass.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory and punitive damages in such amounts as is determined by the Court, plus Plaintiff's legal fees and the costs of this proceeding.

KATHRYN M. WALKER
P.O. Box 8215
Fort Gordon, Georgia 30905
(469) 943-8529
k.m.walker1@outlook.com
Plaintiff, Pro se

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I filed the foregoing with the

Clerk of the Court and by mailing the same to:

Archie A. Mann
13 Corns Drive
Bel Air, Maryland 21015

Kathryn M. Walker
P.O. Box 8215
Fort Gordon, Georgia 30905
(469) 943-8529
k.m.walker1@outlook.com
Plaintiff, Pro se

9

# EXHIBIT A:
# Deed

HARFORD COUNTY CIRCUIT COURT (Land Records) JUR 13087, p. 0244, MSA_CE54_13093. Date available 12/12/2018. Printed 04/29/2024.

**Prepared By and after recording
return to):**
Edna Dorsey Branch
2454 Castleton Road
Darlington, MD 21034
(410) 457-0545

)
)
)
)
)
)
) ---- Above This Line Reserved for Official Use ----

LR – Deed (No-Taxes)
Recording Fee    20.00
Name: Branch
Ref:
LR – Deed (No-Taxes)
Surcharge    40.00
=======================
SubTotal:    60.00
=======================
Total:    60.00
12/10/2018   03:29
                CC12-JM
#11379236 CC0302 –
Harford
County/CC03.02.11 –
Register 11

## LIFE ESTATE DEED
(Reserved Life Estate)

**KNOW ALL MEN BY THESE PRESENTS THAT:**

FOR VALUABLE CONSIDERATION OF **ZERO DOLLARS ($0.00)** and other good and valuable consideration, cash in hand paid, the receipt and sufficiency of which is hereby acknowledged, **EDNA DORSEY BRANCH**, hereinafter referred as "Grantor", reserving unto the Grantor, a life estate deed without powers to mortgage, lease, sell or convey said property and without right to income and proceeds from such transfer, free of the interest of the Grantee, do hereby grant, convey and assigns unto **KATHRYN M. WALKER** (daughter) hereinafter "Grantee", the following lands and property with all improvements located in the FIFTH ELECTION DISTRICT OF Harford County, Maryland, described as follows:



**At or near** the intersection of the public road leading from Darlington to Berkley, with the old public road formerly leading to the Paper Mills, containing three and one-half (3 and ½ acres, more or less. The improvements thereon being known as 2454 Castleton Road.

**BEING** the same property described in a Deed dated June 24, 1994 and recorded among the Land Records of Harford County in Liber No. 2149, folio 1066.

**SUBJECT** to Life Estate retained by EDNA DORSEY BRANCH, Grantor. It is the express intention of the Grantor that the ending of one Life Estate shall in no way effect the remaining Life Estate.

**LESS AND EXCEPT** all oil, minerals, on and under the above described property owned by Grantor, if any, which are reserved by Grantor.

**SUBJECT** to all easements, rights-of-way, protective covenants, and mineral reservations of record, if any.

**TO HAVE AND TO HOLD** the property unto the Grantee and to their assigns, and to the personal representatives, heirs and assigns of the survivor of them in fee simple, forever.

**THE GRANTOR** covenant to warrant specially the property hereby conveyed and to execute such further assurances of the property as may be requisite.

WITNESS, Grantor hands this the 2nd day of November 2018.

WITNESS:

_____
Witness

_____
EDNA DORSEY BRANCH

HARFORD COUNTY CIRCUIT COURT (Land Records) JJR 13087, p. 0246, MSA_CE54_13093. Date available 12/12/2018. Printed 04/29/2024.

STATE OF <u>MARYLAND</u>

COUNTY OF <u>HARFORD</u>

      Personally appeared before me, a Notary Public and for said county and state, on this day of 2 November 20<u>18</u>, the within named <u>Edna Dorsey Branch</u>, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and who acknowledges that she executed the same for the purposes therein contained.

_____
NOTARY PUBLIC

My Commission Expires:

_4-8-2019_

> PAMELA V. JOHNSON
> Notary Public
> Harford County
> Maryland
> My Commission Expires April 08, 2019

## CERTIFICATION OF PREPARATION

This is to certify that the within instrument has been prepared by the undersigned, a party to this instrument.

_____
Edna Dorsey Branch

HARFORD COUNTY MARYLAND
TRANSFER TAX PD $_____ -0-
ALL OTHER TAXES PAID                11/14/18 PW

> HARFORD COUNTY MARYLAND    -0-
> RECORDATION TAX PD    $_____
> PER ____PW____ DATE ____11/14/18

PROPERTY PRESENTLY NOT ON WATER
& SEWER SYSTEM PER: P.W
DATE: 11/14/18 HARFORD COUNTY

## State of Maryland Land Instrument Intake Sheet

☐ **Baltimore City**   ☑ **County:** HARFORD

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

**1  Type(s) of Instruments**

( Check Box if addendum Intake Form is Attached.)

| X | Deed<br>Deed of Trust | | Mortgage<br>Lease | | Other _____ | | Other _____ |

**2  Conveyance Type Check Box**

| | Improved Sale<br>Arms-Length *[1]* | | Unimproved Sale<br>Arms-Length *[2]* | | Multiple Accounts<br>Arms-Length *[3]* | ✔ | Not an Arms-<br>Length Sale *[9]* |

**3  Tax Exemptions** (if applicable) Cite or Explain Authority

| Recordation | |
| State Transfer | |
| County Transfer | |

**4  Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only<br>Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 0.00 | | |
| Any New Mortgage | $ 0.00 | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ 0.00 | X ( ) % = | $ |
| Other: | $ 0.00 | Less Exemption Amount – | $ |
| | | Total Transfer Tax = | $ |
| Other: | $ 0.00 | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ 0.00 | TOTAL DUE | $ |

**5  Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 40.00 | $ | Agent: |
| Surcharge | $ | $ | |
| State Recordation Tax | $ | $ | Tax Bill: |
| State Transfer Tax | $ | $ | |
| County Transfer Tax | $ | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

**6  Description of Property**

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|
| 05 | 011094 | 02149/01066 | 0020 | | 0079 | (5) |

| Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|---|
| | | | | | | 3.50 |

Location/Address of Property Being Conveyed (2)
2454 Castleton Road Darlington, MD 21034

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| | |

Residential ✔ or Non-Residential    Fee Simple ✔ or Ground Rent    Amount:

Partial Conveyance?   Yes   No    Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

**7  Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| EDNA DORSEY BRANCH | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

**8  Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| KATHRYN M. WALKER | |
| PO Box 1351 Middletown, MD 21769 | |

New Owner's (Grantee) Mailing Address

**9  Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | |

**10  Contact/Mail Information**

| Instrument Submitted By or Contact Person | ☑ Return to Contact Person |
|---|---|
| Name: Edna Dorsey Branch | |
| Firm | ☐ Hold for Pickup |
| Address: 2454 Castleton Road Darlington, MD 21034 | |
| Phone: (410 ) 457-0545 | ☐ Return Address Provided |

**11  IMPORTANT:** *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER*

**Assessment Information**

| ✔ Yes | ☐ No | Will the property being conveyed be the grantee's principal residence? |
| ☐ Yes | ✔ No | Does transfer include personal property? If yes, identify: _____ |
| ☐ Yes | ✔ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

HARFORD COUNTY CIRCUIT COURT (Land Records) JJR 13087, p. 0247, MSA_CE54_13093. Date available 12/12/2018. Printed 04/29/2024.

# EXHIBIT B:
# The Circuit Court for Frederick County Records

BOOK: 15838  PAGE: 382

```
LR - Court Order (no
Taxes) Recording 20.00
Name: Branch
Ref:
LR - Surcharge    40.00
=======================
SubTotal:         60.00
=======================
Total:            60.00
03/07/2023  11:32
                  CC12-EV
#17041090 CC0302 -
Harford
County/CC03.02.06 -
Register 06
```

# IN THE RECORDS OF THE CIRCUIT COURT
## FOR FREDERICK COUNTY, STATE OF MARYLAND,
### AMONG OTHER PROCEEDINGS
### IS THE FOLLOWING, TO WIT:

BOOK: 15838 PAGE: 383

E-FILED; Frederick Circuit Court
Docket: 11/22/2019 3:47 PM; Submission: 11/22/2019 3:47 PM

## IN THE CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND

IN THE MATTER OF EDNA BRANCH
FOR THE APPOINTMENT OF A                    CASE NO. C-10-FM-18-002028
GUARDIAN OF THE PERSON AND PROPERTY

### ORDER OF COURT

Upon consideration of the Oral Motion, and any responses thereto having been considered, it is thereupon this date,   9th of December, 2019   by the Circuit Court for Frederick County, Maryland

WHEREAS, this Court finds that Edna Branch was not competent at the time the deed was signed and that Kathryn Michelle Walker drained the bank account of Edna Branch and has neglected Ms. Branch's medical needs; and

WHEREAS, this Court finds that the removal of the home resulted in a near complete removal of all Ms. Branch's assets from Ms. Branch and this would harm Ms. Branch's Medical Assistance application as to assets "gifted during the last five (5) years"; and

WHEREAS, this Court finds that Kathryn Michelle Walker as Power of Attorney breached her fiduciary duty to Edna Branch; and it is

ORDERED, that the Oral Motion to Nullify Deed of 2454 Castleton Road, Darlington, Maryland 21034 is hereby GRANTED, and it is further

Page 1 of 2

BOOK: 15838 PAGE: 384

ORDERED, that the Life Estate Deed (Reserved Life Estate) that was filed with

the Harford County Clerk's Office for 2454 Castleton Road, Darlington, Maryland

21034 on December 10, 2018 is declared null and void; and it is further

ORDERED, that this Order shall be filed in Harford County so the property is

transferred back to the original owner.

12/09/2019 12:06:23 PM

_Julia A. Martz-Fisher, Judge_

JULIA A. MARTZ-FISHER
JUDGE OF THE CIRCUIT COURT FOR
FREDERICK COUNTY, MARYLAND

HARFORD COUNTY, MARYLAND
TRANSFER TAX PD $_____
ALL OTHER TAXES PAID

Entered: Clerk, Circuit Court for
Frederick County, MD
December 17, 2019

PROPERTY PRESENTLY NOT ON WATER
& SEWER SYSTEM PER:
DATE:                 HARFORD COUNTY

HARFORD COUNTY MARYLAND
RECORDATION TAX PD     $
PER _____ DATE _____

Page 2 of 2



**CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND**
100 West Patrick Street
Frederick, Maryland 21701
Clerk of the Court: 301-600-1976 Assignment Office: 301-600-2015

Case Number: C-10-FM-18-002028

In the Matter of Edna Branch

## CERTIFICATION OF TRUE COPY

I HEREBY CERTIFY that I am authorized to make this certification, and that the attached is a true copy of:
Order Of Court Dated  12.17.19
taken from the records of above court in the above entitled case.

IN TESTIMONY WHEREOF I hereto set my hand and affix the seal of the Circuit Court of Maryland for Frederick County on this 3/6/2023.

*Sandra K. Dalton*

Sandra K. Dalton
Clerk of the Circuit Court



CC-DC-033 (Rev. 12/2016)                    **Page 1 of 1**                    3/6/2023 2:57 PM

## State of Maryland Land Instrument Intake Sheet
### ☐ Baltimore City   ☐ County:_____

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

**1  Type(s) of Instruments**   (☐ Check Box if addendum Intake Form is Attached.)

| Deed / Deed of Trust | Mortgage / Lease | Other _____ | Other _____ |
|---|---|---|---|

**2  Conveyance Type Check Box**

| Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|

**3  Tax Exemptions (If applicable) Cite or Explain Authority**

| | |
|---|---|
| Recordation | |
| State Transfer | |
| County Transfer | |

**4  Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X (        )% = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X (        ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5  Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ | $ | Agent: |
| Surcharge | $ | $ | |
| State Recordation Tax | $ | $ | Tax Bill: |
| State Transfer Tax | $ | $ | |
| County Transfer Tax | $ | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

**6  Description of Property**
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 05011094 | 13087/244 | | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | | | | | |

Location/Address of Property Being Conveyed (2)
2454 Castleton Road   Darlington   Md.   21034

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| | |

Residential ☐ or Non-Residential ☐    Fee Simple ☐ or Ground Rent ☐ Amount:
Partial Conveyance? ☐ Yes ☐ No    Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

**7  Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

**8  Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| | |

New Owner's (Grantee) Mailing Address

**9  Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | |

**10  Contact/Mail Information**

Instrument Submitted By or Contact Person
Name: Archie Alexander Mann
Firm
Address: 13 Corns Dr Bel Air Md. 21015
Phone: (443) 807-0212

☐ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

**11  IMPORTANT:** *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

**Assessment Information**

| | Yes | No | |
|---|---|---|---|
| | ☐ | ☐ | Will the property being conveyed be the grantee's principal residence? |
| | ☐ | ☐ | Does transfer include personal property? If yes, identify: _____ |
| | ☐ | ☐ | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

### Assessment Use Only – Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|

| Transfer Number | Date Received: | | Deed Reference: | Assigned Property No.: |
|---|---|---|---|---|

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

RFORD COUNTY CIRCUIT COURT (Land Records) MLK 15838, p. 0386, MSA_CE54_15844. Date available 03/08/2023. Printed 11/22/2023.

# EXHIBIT C:
# The Regular Estate Petition for Administration

**IN THE ORPHANS' COURT FOR**
*(OR)*
## BEFORE THE REGISTER OF WILLS FOR

Harford County          ☒ **MARYLAND**

**IN THE ESTATE OF:**

_____ Edna Dorsey Branch _____     ESTATE NO. *61237*

**FOR:**

☑ **REGULAR ESTATE**
**PETITION FOR ADMINISTRATION**
Estate value in excess of $50,000.
(If spouse is sole heir or legatee, $100,000.)
Values for DOD before October 1, 2012 are
$30,000 and $50,000 if spouse is the sole
legatee or heir.
Complete and attach **Schedule A.**

☐ **SMALL ESTATE**
**PETITION FOR ADMINISTRATION**
Estate value of $50,000 or less.
(If spouse is sole heir or legatee, $100,000.)
Values for DOD before October 1, 2012 are
$30,000 and $50,000 if spouse is the sole
legatee or heir.
Complete and attach **Schedule B.**

☐ **WILL OF NO ESTATE**
**Complete items 2 and 9**

☐ **LIMITED ORDERS**
**Complete item 2 and
attach Schedule C**

**NOTE:** For the purpose of computing whether an estate qualifies as a small estate, value is
determined by the fair market value of property less debts of record secured by the property as
of the date of death, to the extent that insurance benefits are not payable to the lien holder or
secured party for the secured debt. See Code, Estates and Trusts Article, §5-601 (d).

The Petition of:

| | |
|---|---|
| Archie Alexander Mann | 13 Corns Drive |
| _____Name_____ | Bel Air, MD   21015     Address |
| _____Name_____ | _____Address_____ |
| _____Name_____ | _____Address_____ |

Each of us states:

1.  I am (a) at least 18 years of age and either a citizen of the United States or a permanent resident of the United States
    who is the spouse of the decedent, an ancestor of the decedent, a descendant of the decedent, or a sibling of the
    decedent or (b) a trust company or any other corporation authorized by law to act as a personal representative.

2.  The Decedent, <u>Edna Dorsey Branch</u> _____, was
    domiciled in _____<u>Harford</u>_____, State of _____<u>Maryland</u>_____ and died on the <u>5th</u> day of _____<u>April</u>_____,
    _____<u>2024</u>_____, at 13 Corns Drive, Bel Air, MD   21015
    <u>(County)</u>
    (place of death)

3.  If the decedent was not domiciled in this county at the time of death, this is the proper office in which to file this
    petition because: _____

4.  I am entitled to priority of appointment as personal representative of the decedent's estate pursuant to §5-104 of the
    Estates and Trusts Article, Annotated Code of Maryland because: *I am her son*

5.  I am mentally competent.

6.  I am not a disqualified person because of feloniously and intentionally killing, conspiring to kill, or procuring the killing of
    the decedent.

**Regular Estate - RW1112     Page 1 of 2 with Schedule A (RW1136)**
**Small Estate - RW1103     Page 1 of 2 with Schedule B (RW1137)**
**Will of No Estate - RW1135     Page 1 of 2**
**Limited Order - RW1147     Page 1 of 2 with Schedule C (RW1148)**

ROWNET

7. (Check one of the following boxes)

☑ I have not been convicted of fraud, extortion, embezzlement, forgery, perjury, theft or any other serious crime that reflects adversely on my honesty, trustworthiness, or fitness to perform the duties of a personal representative or

☐ I was convicted of such a crime, namely _____, in _____, (year) but the following good cause exists for me to be appointed as personal representative

_____

_____

8. I am not excluded otherwise by law from serving as a personal representative.

9. I have made a diligent search for the decedent's will and to the best of my knowledge:

☑ none exists; or

☐ the will dated _____ (including codicils, if any, dated _____ )

accompanying this petition is the last will and it came into my hands in the following manner:

_____

_____

and the names and last known addresses of the witnesses are:

_____  _____

_____  _____

10. Other proceedings, known to petitioner, regarding the decedent or the estate are as follows:
Frederick County Case No: C-10-FM-18-002028 (6-14-2024)

_____

11. If appointed, I accept the duties of the office of personal representative and consent to personal jurisdiction in any action brought in this State against me as personal representative or arising out of the duties of the office of personal representative.

**WHEREFORE**, I request appointment as personal representative of the decedent's estate and the following relief as indicated:

☐ that the will and codicils, if any, be admitted to administrative probate;

☑ that the will and codicils, if any, be admitted to judicial probate;

☐ that the will and codicils, if any, be filed only;

☐ that only a limited order be issued;

☐ that the following additional relief be granted: _____

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information and belief.

| | |
|---|---|
| Attorney | Petitioner_____ Date |
| Address | Petitioner_____ Date |
| Address | Petitioner_____ Date |
| Telephone Number | 443-807-0212/ 443-206-4316 |
| Facsimile Number | Telephone Number (optional) |
| Email Address | |

Regular Estate - RW1112    Page 2 of 2 with Schedule A (RW1136)
Small Estate - RW1103     Page 2 of 2 with Schedule B (RW1137)
Will of No Estate - RW1135  Page 2 of 2
Limited Order - RW1147    Page 2 of 2 with Schedule C (RW1148)

ROWNET

**IN THE ORPHANS' COURT FOR**

*(OR)*

**BEFORE THE REGISTER OF WILLS FOR**

Harford County     MARYLAND

IN THE ESTATE OF:

Edna Dorsey Branch          ESTATE NO. *61237*

## SCHEDULE - A

### Regular Estate
### Estimated Value of Estate and Unsecured Debts

| | |
|---|---:|
| Personal property (approximate value) | $ 0.00 |
| Real Property (approximate value) | $ 185,000.00 |

Value of property subject to:

| | | |
|---|---|---:|
| (a) Direct Inheritance Tax of | _____ % | $ 0.00 |
| (b) Collateral Inheritance Tax of | _____ % | $ 0.00 |
| Unsecured Debts (approximate amount) | | $ 60,000.00 |

_____          _____
Attorney                                         Petitioner                                Date

_____          _____
Address                                          Petitioner                                Date

_____          _____
                                                      Petitioner                                Date

_____          443-807-0212/ 443-206-4316
Telephone Number                         Telephone Number (optional)

_____
Facsimile Number

_____
Email Address

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## (FOR REGISTER'S USE)

Safekeeping Wills _____     Custody Wills _____

Bond Set $ _____     Deputy _____

ROWNET

LIBER 11728 FOLIO 422

HARFORD COUNTY CIRCUIT COURT (Land Records) JJR 11728, p. 0422, MSA_CE54_11733. Date available 04/04/2016. Printed 05/13/2024.

AFTER RECORDING, RETURN TO:
EDNA DORSEY BRANCH
2454 CASTLETON ROAD
DARLINGTON, MARYLAND 21034

**THIS DEED**, dated the 14th day of March, 2016 from **EDNA DORSEY BRANCH** and **SHERMAN D. MANN**, Grantors, to **EDNA DORSEY BRANCH**, Grantee.

**THE GRANTORS** for consideration of **ZERO DOLLARS ($0.00)**, grants, conveys and assigns to the Grantee, her personal representatives, heirs and assigns, in fee simple, the property located in the FIFTH ELECTION DISTRICT of Harford County, Maryland, described as follows:

> **At or near** the intersection of the public road leading from Darlington to Berkley, with the Old public road formerly leading to the Paper Mills, containing three and one-half (3 and ½) acres, more or less. The improvements thereon being known as 2454 Castleton Road.

> **BEING** the same property described in a Deed dated June 24, 1994 and recorded among the Land Records of Harford County in Liber No. 2149, folio 1066, from EDNA DORSEY BRANCH and FREDERICK A. DORSEY unto EDNA DORSEY BRANCH, ROLAND E. DORSEY and SHERMAN D. MANN; the said ROLAND E. DORSEY, departed this life on or about March 8, 2016, having at the time of his death a fixed place of residence in Harford County, Maryland.

> **TOGETHER** with all improvements thereupon and the rights, alleys, ways, waters, easements, privileges, appurtenances and advantages belonging or appertaining thereto.

LIBER 11728 FOLIO 423

**TO HAVE AND TO HOLD** the property unto the Grantee, her personal representatives, heirs and assigns, forever, in fee simple.

**THE GRANTORS** covenant to warrant specially the property hereby conveyed and to execute such further assurances of the property as may be requisite.

**WITNESS,** the hands and seals of the Grantors.

WITNESS:

EDNA DORSEY BRANCH

SHERMAN D. MANN

**STATE OF MARYLAND**
**COUNTY of Harford**

I HEREBY CERTIFY, that on this _14th_ day of _March_, 20_16_, before me, the undersigned subscriber, did personally appear Edna Dorsey Branch and Sherman D. Mann, known to me or satisfactorily proved to be the person(s) whose name(s) are set forth in the within deed, and did further acknowledged that the foregoing deed for the purposes therein contained.

WITNESS My Hand and Notarial Seal.

My commission expires _____

_____
Notary Public

This instrument has been prepared by Edna Dorsey Branch, one of the parties named in this instrument.

EDNA DORSEY BRANCH
GRANTOR

HARFORD COUNTY, MARYLAND
TRANSFER TAX PD $ 0.00
___ PAID

3/30/16

PROPERTY PRESENTLY NOT ON WATER
& SEWER SYSTEM PER
DATE: 3/30/16    HARFORD COUNTY

HARFORD COUNTY CIRCUIT COURT (Land Records) JJR 11728, p. 0423, MSA_CE54_11733. Date available 04/04/2016. Printed 05/13/2024.

Real Property Data Search ( )
Search Result for HARFORD COUNTY

| View Map | View GroundRent Redemption | . | View GroundRent Registration |
|---|---|---|---|

Special Tax Recapture: None

Account Identifier:                    District - 05 Account Number - 011094

## Owner Information

| Owner Name: | BRANCH EDNA DORSEY ETAL | Use: | RESIDENTIAL |
|---|---|---|---|
| | . | Principal Residence: | YES |
| Mailing Address: | C/O RICHARD E MANN | Deed Reference: | /11728/ 00422 |
| | 635 MT ZOAR RD | | |
| | CONOWINGO MD 21918- | | |

## Location & Structure Information

| Premises Address: | 2454 CASTLETON RD | Legal Description: | 3.50 AC |
|---|---|---|---|
| | DARLINGTON 21034-1204 | | 2454 CASTLETON ROAD |
| | | | N OF DARLINGTON |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| 0020 | 0003C | 0079 | 5010001.13 | 0000 | | | | 2022 | Plat Ref: |

Town: None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1880 | 2,186 SF | | 3.5000 AC | |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| 2 | YES | STANDARD UNIT | ASBESTOS SHINGLE/ | 1 | 1 full | | |

## Value Information

| | Base Value | Value | Phase-In Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2022 | As of 07/01/2023 | As of 07/01/2024 |
| Land: | 122,500 | 122,500 | | |
| Improvements | 54,100 | 63,300 | | |
| Total: | 176,600 | 185,800 | 182,733 | 186,800 |
| Preferential Land: | 0 | 0 | | |

## Transfer Information

| Seller: BRANCH EDNA DORSEY ET AL | Date: 03/31/2016 | Price: $0 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: /11728/ 00422 | Deed2: |
| Seller: BRANCH EDNA DORSEY | Date: 11/05/2010 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: /08900/ 00297 | Deed2: |
| Seller: DORSEY PEARLINE M ET AL | Date: 06/24/1994 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: /02149/ 01066 | Deed2: |

## Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2023 | 07/01/2024 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

Special Tax Recapture: None

## Homestead Application Information

Homestead Application Status: Approved  03/09/2010

## Homeowners' Tax Credit Application Information

Homeowners' Tax Credit Application Status: No Application          Date:

# EXHIBIT D:
# Special Damages

Michael S. Elder
Attorney-at- Law
335 Northlands Court
Havre de Grace, Maryland 21078
443 206-3008

June 3, 2024

Kathryn Walker

-

### BILL FOR PROFESSIONAL SERVICES RENDERED

-

| Date | Description | Hours |
|---|---|---|
| 4/29 | Call with KW re: DJ action | 0.25 |
| 4/29 | Reviews docs sent by KW | 0.50 |
| 4/30 | Legal research re: conveyances from POA's to themselves | 0.75 |
| 4/30 | Review litigation histories of A. Mann; R. Mann A. Holly, EB | 0.50 |
| 5/6 | Review deeds creating life estate for EB and conveying property to KW | 0.25 |
| 5/9 | Review guardianship orders | 0.25 |
| 5/9 | Review docket entries authorizing cremation | 0.25 |
| 5/9 | Background searches Predoux; Prete, Lovetro Review court orders re: guardianship; legal research | 2.00 |
| 5/10 | Tel calls Prete; Lovetro; legal research on mootness | 1.00 |
| 5/13 | Prepare notice of appearance; serve 10 parties identified in court docket; T/c Predoux | .50 |
| 5/15 | Background search on Realty firm identified by KW | 0.25 |
| 5/16 | Review estate file and long call with KW | 1.0 |
| 5/17 | Review legal research sent by KW and related emails | 0.50 |
| 5/20 | review several emails from KW and respond; Legal research on SOL for deed challenges and validity of deeds signed by POA transferring title to themselves | 2.50 |
| 5/22 | Prepare and file notice of appearance in EB estate; drive by 13 Corns Ct. | 0.50 |
| 5/22 | Review all publicly available documents filed | |

3.00

| Date | Description | Hours |
|------|-------------|-------|
| 5/22 | Phone call with KW to review Frederick County guardianship docket entries | 0.75 |
| 5/26 | Review EB's med records rec'd from KW | 0.50 |
| 5/26 | Complete review of publicly available documents filed in Frederick County Cir. Ct. | 1.50 |
| 5/27 | Review notice of jud. probate from ROW | 0.25 |
| 5/28 | Review legal provision re; guardianship sent by KW | 0.25 |
| 5/29 | Take call from Mann's new lawyer; listen to her extended rant and respond | 0.25 |
| 6/2 | Review documents sent by Mann's new Lawyer | 0.50 |
| Various | Review documents in GA case; KW's military records; TCs with KW re: same | 0.75 |
| | Periodic checks of docket entries Fred. Cty and estate proceeding | 0.50 |

**TOTAL HOURS**
19.25

**TOTAL FEES**    19.75 x $350/hr.    $6,737.50

-Fees paid
-4,050.00
**TOTAL DUE**
$2,687.50

2

**Funds Request: #R-00324**

Paid

⊘ **$1,200.00**

| | |
|---|---|
| Status | Paid |
| Balance Due | $0.00 |
| Created Date | Jul 16, 2024 |
| Due Date | Jul 16, 2024 |

Message

You can pay by e-check or card if you login through the previous email. You can also pay by card with the link below. Thank you

# Statement

**JD Lawn Services, Inc**
539 Craigs Corner Road
Havre de Grace, MD 21078
410-734-0228

| Date |
| --- |
| 6/15/2026 |

| To: |
| --- |
| Kathyrn Walker<br>2454 Castleton Road<br>Darlington, MD 21034 |

| Terms |
| --- |
| Net 15 |

| Amount Due | Amount Enc. |
| --- | --- |
| $95.00 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 05/31/2026 | Balance forward | | 0.00 |
| 06/03/2026 | Lawn Mowing | 95.00 | 95.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | $95.00 |

| Please remit payments to the address above. | Venmo: J_D_LawnServicesInc<br>Cashapp: $JDLawnServicesInc<br>*include name & service address* | Rate & Review us on  |  |
| --- | --- | --- | --- |

# EXHIBIT E:
# Harford County Health Department
# Soil Testing Results



**Public Health**
Harford County
Health Department

# Harford County Health Department

Main Office: 120 S. Hays Street · P.O. Box 797 · Bel Air, Maryland 21014 · 410-838-1500


PHAB

Marcy Austin · Health Officer
Silvana Bowker, LCPC, ACRPS · Deputy Health Officer of Operations
Jamie Sibel, MD, MPH · Medical Deputy Health Officer

## Soil Testing Results

| Site Location/Address: 2454 Castleton Rd, Darlington, MD 21034 | | Tax ID#: 05-011094 | | Map 20 | Grid 3C | Parcel 79 |
|---|---|---|---|---|---|---|
| Subdivision: N/A | | Lot: N/A | Acres: 3.5 | Soils: NeB2 & NeC2 Wet Season Soil: **Yes** | | |
| Owner: Edna Branch Dorsey | Address: N/A | Email: N/A | | | | |
| | | Phone: N/A | | | | |
| Applicant: Archie Mann | Address: 13 Corns Drive, Bel Air, MD 21015 | Email: ████████ | | | | |
| | | Phone: ████████ | | | | |

| Hole | Depth | Soil Description | Start | Mid Nail (1") | End Nail (1") | Drop | Time |
|---|---|---|---|---|---|---|---|
| 25-1 | 5' | 0"-10" Top soil with some trash<br>10"-2'6" Tan compact clay loam damp<br>2'6"-4' Red sandy clay loam damp sticky<br>4'-12' Coarse gritty sandy loam with 35-45% weathered and hard rock compact<br><br>**Depth of pit 12', hard rock at bottom** | 10:39 | 10:56 | 11:27 Pulled | 1 ¾" | **Too slow** |
| 25-2 | 4' | 0"-10" Top soil with some trash on surface and within first few inches<br>10"-2'4" Compact red sticky silty clay with mica | 11:41 | 12:24 | Pulled | 1" | **Too slow** |
| | 6' | 2'4"-6' Damp sticky sandy clay with some weathered rock compact<br>6'-15' Compact sandy loam with weathered rock<br><br>**Depth of pit 15'** | 1:08 | 1:12 | 1:21 | 2" | **9 min (10 ESAA) (6'-11')** |

BEL AIR OFFICE
1 N. Main Street
Bel Air, MD 21014
410-638-3060

EDGEWOOD OFFICE
1321 Woodbridge Station Way
Edgewood, MD 21040
410-612-1779

EDGEWOOD OFFICE
2204 Hanson Road
Edgewood, MD 21040
443-922-7670

HAVRE DE GRACE OFFICE
2027 Pulaski Highway
Havre de Grace, MD 21078
410-939-6680

HAVRE DE GRACE OFFICE
2015 Pulaski Highway
Havre de Grace, MD 21078
410-942-7999

www.harfordcountyhealth.com

| 25-3 | 6' | 0"-10" Top soil with heavy roots 10"-2' Sticky damp clay loam with mica 2'-6' Red tan heavily compact sandy clay loam with mica sticky 6'-15' Compact sandy loam with weathered rock  **Depth of pit 15'** | 12:42 | 12:47 | 12:58 | 2" | **11 min (10 ESAA) (6'-11')** |

| **Remarks** | **Was this test performed during the 2025 Wet Season: Yes** |

This percolation test was conducted for a future building permit.

Percolation test results are **satisfactory** for **test holes 25-2 and 25-3**. Percolation test results are **unsatisfactory** for **test hole 25-1**. At the time of the building permit application, a site plan will be required with the submittal. Please see the attachment for site plan requirements. Additional percolation tests may be required at the discretion of this office.

In order for septic system sizing to be provided, the number of bedrooms for the proposed dwelling must be formally declared. The property must be able to demonstrate an adequate initial system and adequate repair system prior to the issuance of any proposed dwelling building permit. Additional percolation tests may be required in order to satisfy the building permit requirements.

The Harford County Health Department does not have a record of the existing water well. Prior to the health department's approval of any building permits, septic permits, or variances to the Code of Maryland Regulations the water well must be evaluated by a Maryland licensed well driller to determine the well construction OR a new well must be drilled. If the well is evaluated and found to be unsatisfactory and/ or hand dug a new drilled well will be required. See attachment for the well evaluation form and a list of certified well drillers.

**Field Notes:** Drilled well seen in a concrete pit (see photo).

| Type of Machine used: Backhoe | ESAA: N/A | Well type: No record | Weather: Sunny |
| Backhoe Operator: Preston representative | | Persons Present: Archie Mann | |
| Environmental Health Specialist: Savanna Petry | Time: 10am | Date of Perc Test: 6/5/25 | |
| Final Reviewer Signature: *James Weigel* | | Date Results Finalized: 6/12/25 | |

# 2454 Castleton Rd



6/5/2025, 9:46:17 AM

1:720

Soil Classifications

NeB2
NeC2
WaB

20' Index Contours
50' Index Contours
Centerline
Harford County Boundary
Cadastral Labels
Cadastral

Hydrology Lines
2' Intermediate Contours
10' Index Contours

| 0 | 30 | 60 | 120 ft |
|---|---|---|---|
| 0 | 10 | 20 | 40 m |

Cecil County, Harford County Government, Esri, HERE, Garmin, INCREMENT P, USGS, EPA, USDA

# EXHIBIT F:
# No Trespassing Sign





# EXHIBIT F:
# No Trespassing Sign



